THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE BROOKLYN BANK IN THE CITY OF NEW YORK, Respondent.

CHARLES M. HIGGINS, as Receiver of the Brooklyn Bank, Appellant and Respondent; BRUYN HASBROUCK, as Receiver of the Brooklyn Bank, et al., Appellants.

*People* v. *Brooklyn Bank*, 140 App. Div. 750, appeal dismissed.
(Argued April 25, 1911; decided May 19, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

December 9, 1910, which reversed two orders of Special Term and reduced certain allowances made to the receivers of the Brooklyn Bank and their counsel.

*Augustus Van Wyck, John J. Linson* and *Conrad Saxe Keyes* for appellants.

*Charles M. Stafford* for appellant and respondent.

*S. Stanwood Menken* for Brooklyn Bank, respondent.

Appeal dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT. VANN, WERNER, HISCOCK and COLLIN, JJ.